UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, *et al.*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEAN COMBS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:26-cv-00320-FLA (ASx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [DKT. 12]** |

　　On January 20, 2026, the parties filed a Stipulation to Extend Time to Respond to Complaint ("Stipulation"), requesting the court extend Defendants' deadline to file a response to the Complaint from January 20, 2026 to March 13, 2026. Dkt. 12.

　　Having reviewed the Stipulation and finding good cause therefor, the court hereby GRANTS the parties' request and EXTENDS Defendants' deadline to file a response to the Complaint to March 13, 2026.

　　IT IS SO ORDERED.

Dated: January 30, 2026

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

1