UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>          v.<br><br>INDIVIDUAL DOE 1, *et al.*,<br><br>                    Defendants. | Case No. 2:26-cv-00320-FLA (ASx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

Pursuant to the court's Order (Dkt. 21) approving the Stipulation to Extend Time to Respond to Complaint (Dkt. 12), Defendants Bad Boy Books Holdings, Inc., Bad Boy Entertainment Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions Holdings, Inc., Bad Boy Productions, LLC, CeOpco, LLC (f/k/a Combs Enterprises LLC and d/b/a Combs Global), Daddy's House Recordings, Inc., and Sean Combs' (collectively, "Defendants") deadline to respond to the Complaint was March 13, 2026.  Defendants have not filed Answers or other response to the Complaint as of the date of this Order.  Plaintiff John Doe ("Plaintiff"), in turn, has not filed requests for the entry of Defendants' default or any other related document.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of the date of this Order why the court should not dismiss the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in the dismissal of the action without further notice.  The filing of requests for entry of default shall constitute a sufficient response to the OSC.  *See* Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED.

Dated: April 28, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2