Anthony G. Buzbee *(pro hac vice forthcoming)*
tbuzbee@txattorneys.com
David C. Fortney (California Bar No. 226767)
dfortney@txattorneys.com
Colby Thomas Holler (*pro hac vice forthcoming*)
choller@txattorneys.com
**THE BUZBEE LAW FIRM**
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas  77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
Website: www.txattorneys.com

**Attorneys for Plaintiff
JOHN DOE**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHN DOE, | Case No. 2:26-cv-00320 |
| Plaintiff, | |
| vs. | |
| INDIVIDUAL DOE 1, SEAN COMBS; DADDY'S HOUSE RECORDINGS, INC.; CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC; BAD BOY ENTERTAINMENT HOLDINGS, INC.; BAD BOY PRODUCTIONS HOLDINGS, INC.; BAD BOY BOOKS HOLDINGS, INC.; BAD BOY RECORDS; BAD BOY ENTERTAINMENT LLC; BAD BOY PRODUCTIONS, LLC; ORGANIZATIONAL DOES 1-10; AND INDIVIDUAL DOES 2-10, | **JOINT STIPULATION ALLOWING PLAINTIFF JOHN DOE TO FILE AN AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff John Doe ("Plaintiff") and Defendants Bad Boy Books Holdings, Inc., Bad Boy Entertainment Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions Holdings, Inc., Bad Boy Productions, LLC, CeOpco, LLC (f/k/a Combs Enterprises LLC and d/b/a Combs Global), Daddy's House Recordings, Inc., and Sean Combs ("Defendants," and together with Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS, the Parties previously filed a Joint Stipulation to Extend the Time to Respond to Complaint on January 20, 2026 (Dkt. No. 12);

WHEREAS, the Court granted that stipulation by order dated January 30, 2026 (Dkt. No. 19);

WHEREAS, the Parties thereafter have met and conferred regarding Defendants' anticipated motion to dismiss the Complaint;

WHEREAS, in the course of those discussions, Plaintiff agreed to amend the Complaint in order to narrow the issues presented for the anticipated motion to dismiss;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent; and

WHEREAS, the Parties agree that this stipulation is without prejudice to any defenses, contentions, and/or remedies any party may have, all of which are hereby expressly preserved.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiff's filing of the FAC, attached hereto as Exhibit A.

2. The FAC attached as Exhibit A shall be deemed filed with Defendants' written consent pursuant to Federal Rule of Civil Procedure 15(a)(2), and shall be deemed filed as of the date this stipulation is filed for all purposes under the Federal Rules of Civil Procedure.

3.   Defendants shall have until June 11, 2026 to move, answer, or otherwise respond to the FAC.

4.   This stipulation is entered into without prejudice to any Party's rights, claims, defenses, contentions, remedies, and/or arguments, all of which are expressly reserved.

**SO STIPULATED.**

Dated: May 12, 2026

THE BUZBEE LAW FIRM

By: _____
        David C. Fortney

        Attorneys for Plaintiff
        JOHN DOE

Dated: May 12, 2026

SCHONBUCH HALLISSY LLP

*/s/   Lilah N. Cook (signed with permission)*

_____
Michael Schonbuch
Lilah N. Cook

*Attorneys for Defendants Sean Combs; Daddy's House Recordings, Inc.; CeOpco, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC; Bad Boy Entertainment Holdings, Inc.; Bad Boy Productions Holdings, Inc.; Bad Boy Books Holdings, Inc.; Bad Boy Entertainment LLC; and Bad Boy Productions, LLC*

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on May 12, 2026 in Houston, Texas.

_____
David C. Fortney

JOINT STIPULATION ALLOWING PLAINTIFF JOHN  DOE TO FILE AN AMENDED COMPLAINT