UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE,

                    Plaintiff,

      v.

INDIVIDUAL DOE 1, *et al.*,

                    Defendants.

Case No. 2:26-cv-00320-FLA (ASx)

**ORDER APPROVING AS MODIFIED STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT [DKT. 24]**

On May 12, 2026, the parties filed a Stipulation (Dkt. 24), requesting the court allow Plaintiff John Doe ("Plaintiff") to file a First Amended Complaint ("FAC").

Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation as modified and GRANTS Plaintiff leave to file within seven (7) days the FAC, a copy of which was attached as Exhibit A to the Stipulation (Dkt. 24-1).  The parties' request to have the filed Exhibit A (Dkt. 24-1) deemed the operative FAC is DENIED.  Defendants' response to the FAC shall be due on or before June 11, 2026.

Failure to file a FAC timely may result in the dismissal of the action for lack of prosecution.  *See* Dkt. 23.  The April 28, 2026 Order to Show Cause (Dkt. 23) shall be deemed discharged as of the filing of the FAC.

IT IS SO ORDERED.


Dated: May 15, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2